## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Magistrate No.** |
| v. | : | |
| | : | |
| **KENIEL AEON THOMAS, also known as** | : | |
| **DAVID MORGAN,** | : | **UNDER SEAL** |
| | : | |
| **Defendant.** | : | |

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT AND ARREST WARRANT

I, Justin H. Holgate, being duly sworn, affirm and state:

### INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed for approximately five years. I am currently assigned to the FBI's Washington Field Office, on the violent crimes task force. I have participated in numerous criminal investigations, including investigations into extortions, threats, and other violent crimes. Prior to joining the FBI, I was a police officer in Little Rock, Arkansas.

2. I am assigned to this investigation. My involvement has included communications with law enforcement agents and a complaining witness, reviewing background records, and listening to recorded phone calls.

3. This affidavit is submitted for the purpose of establishing probable cause. The facts in this affidavit are based on my investigation, personal observations, training, and experience, as well as information conveyed to me by other law enforcement officials and a complaining witness. Because this affidavit is limited in purpose, it is not intended to include

1

each and every fact and matter observed by me or known to the United States.

## PURPOSE OF AFFIDAVIT

4.     This affidavit is submitted in support of a criminal complaint charging the defendant, KENIEL AEON THOMAS (hereinafter "THOMAS"), with an interstate communication with the intent to extort, in violation of Title 18, United States Code, Section 875(b). This affidavit is also submitted in support of an arrest warrant for THOMAS.

## SUMMARY

5.     The telephonic area code for Jamaica is 876.

6.     On or about June 21, 2011, THOMAS applied for a U.S. VISA. THOMAS listed his home phone number as (876) 834-7417 and his other phone number as (876) 834-7417. His U.S. VISA application was refused. THOMAS also listed his residence in Jamaica.

7.     On or about March 21, 2013, THOMAS applied for a U.S. VISA. THOMAS listed his primary phone number as 834-7417. His U.S. VISA application was refused. THOMAS also listed his residence in Jamaica.

8.     On or about September 27, 2013, THOMAS applied for a U.S. VISA. THOMAS listed his work phone number as (876) 834-7417. His U.S. VISA application was refused. THOMAS also listed his residence in Jamaica.

9.     On or about March 4, 2014, THOMAS applied for a U.S. VISA. THOMAS listed his home phone number as (876) 834-7417. His U.S. VISA was issued on or about April 1, 2014. THOMAS also listed his residence in Jamaica.

10.    In or about 2014, THOMAS applied for a job with Celebrity Cruises. In or about May 2014, THOMAS provided multiple contact phone numbers for Celebrity Cruises to reach him in connection with his application, and one contact number was (876) 834-7417.

11. On or about June 9, 2014, an individual who works and resides in Washington, D.C. (hereinafter "W.W.") was contacted while in his office in Washington, D.C. from an individual who identified himself as "David Morgan." The caller told W.W. that he was the head of "Mega Millions," and W.W. was the winner of $15.5 million and a 2014 Mercedez Benz. The caller told W.W. that W.W. had to pay $50,000 to cover the taxes before the award would be provided to him. During the call, the caller also told W.W. that he knew relevant information concerning W.W.'s employment history, including that W.W. was a judge. The caller told W.W. that his telephone number was (876) 834-7417, and his email address was kenielthomas@outlook.com. Shortly thereafter, W.W. contacted the FBI.

12. On or about June 10, 2014, W.W. placed a call from Washington, D.C. to "David Morgan" at (876) 834-7417, which was recorded by the FBI. During the call, "David Morgan" told W.W. that he worked for "Mega Millions" and that W.W. was the first-place winner of a prize valued at $72 million and included a 2014 Mercedes Benz with one-year of free insurance. "David Morgan" also claimed that he had conducted a background check of W.W. and knew that W.W. was, among other things, a judge who had served in the U.S. Navy. "David Morgan" told W.W. that W.W.'s prize could be claimed only after W.W. sent a certified check in the amount of $50,000, which was needed to cover taxes. W.W. explained that he did not have this type of money readily available, and THOMAS said that W.W. could make a partial payment of $20,000.

13. During the June 10, 2014 call, "David Morgan" confirmed to W.W. that his telephone number was (876) 834-7417, and he told W.W. that his email was kenielthomas@outlook.com.

**PROBABLE CAUSE**

14. On or about the morning of July 17, 2014, W.W.'s wife (hereinafter "L.W.") was at home in Washington, D.C. when she received a call on her home phone with a blocked caller identification. The caller did not identify himself, but telephone records show that the phone call was from phone number (876) 834-7417 and took place between 11:47 a.m. and 12:04 p.m.

15. During the call, L.W. used her mobile phone to contact a FBI Special Agent ("FBI Agent") who had been investigating the lottery case. L.W. allowed the FBI Agent to listen to her call for approximately four minutes. During the call, the FBI Agent overheard the caller threaten L.W. by stating that she needed to pay $6,000 or the caller would get a sniper to kill her and W.W. The caller said that he would put a bullet "straight to the head" and burn down L.W.'s house. The caller also told L.W. that he knew personal identifying information of W.W., including his professional background and employment history and that W.W. had been a judge. L.W. attempted to reason with the caller by telling him that it would not be worth killing them because the FBI and CIA would be looking for him afterward. The caller said that the FBI and CIA would never find him.

16. After the call, L.W. explained to the FBI Agent that, on the portion of the call that the FBI Agent did not overhear, the caller claimed that he had conducted surveillance on her home the previous night and described L.W.'s house as a white brick house. The caller also told L.W. that no one was at her home the previous night. L.W. told the FBI Agent that she, in fact, did live in a white brick house and no one was at her home the previous night.

17. On or about July 18, 2014, at approximately 10:29 a.m., L.W. called the FBI Agent and told him that she had just received another phone call from a person that sounded similar to the caller that called her the previous day. Telephone records show that this call was

not made from the same telephone number. During the call, the caller threatened L.W. again and demanded that L.W. send money within four days or he would kill her and her husband. The caller told L.W. that he would call her again in a few days.

18. On or about July 21, 2014, at approximately 11:31 a.m., L.W. received another phone call from a caller who sounded like the same caller who had called and threatened L.W. on July 17, 2014 and July 18, 2014. The caller identified himself to L.W. as "David Morgan." The caller told L.W. that he was using a different telephone number now because he had been using the same telephone number for years and he did not want the FBI to track the call. The caller again threatened L.W. and demanded that L.W. pay her money or he would kill L.W. and W.W.

## **CONCLUSION**

19. Based on my training and experience, and the information provided in this affidavit, there is probable cause to believe that between on or about July 17, 2014 and July 21, 2014, in the District of Columbia and elsewhere, the defendant, KENIEL AEON THOMAS knowingly and with the intent to extort money from L.W. and W.W., did transmit in interstate and foreign commerce, a communication to L.W. which contained a threat to injure L.W. and W.W., specifically, a threat to kill L.W. and W.W., in violation of Title 18, United States Code, Section 875(b).

Justin H. Holgate
Special Agent, Federal Bureau of Investigation

Sworn and subscribed to before me this 21st day of July, 2014

The Honorable Deborah A. Robinson
United States Magistrate Judge