UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : <br> : Criminal Nos. <br> : <br> v. : <br> KENIEL AEON THOMAS, : VIOLATION: <br> also known as DAVID MORGAN, : <br> : 18 U.S.C. § 875(b) <br> Defendant. : | |

## INFORMATION

The United States Attorney charges that:

### COUNT 1.

Between on or about July 17, 2014 and on or about July 21, 2014, in the District of Columbia and elsewhere, the defendant, KENIEL AEON THOMAS, also known as DAVID MORGAN, knowingly and with the intent to extort money from L.W. and W.W., did transmit in interstate and foreign commerce a communication to L.W., which communication contained a threat to kidnap and injure L.W. and W.W., specifically a threat to kill L.W. and W.W.

**(Interstate Communication with the Intent to Extort, in violation of Title 18, United States Code, Section 875(b))**

Respectfully submitted,

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472845

BY: *David Gorman/MR*

DAVID J. GORMAN, VA Bar. No. 31167
KATHRYN L. RAKOCZY, DC Bar No. 994-559
Assistant United States Attorneys
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-7816 (Gorman); (202) 252-6928 (Rakoczy)
David.gorman2@usdoj.gov; Kathryn.Rakoczy@usdoj.gov